[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 31, 2007
THOMAS K. KAHN
CLERK

_____

No. 05-17176

_____

D. C. Docket No. 04-20413-CR-ASG

UNITED STATES OF AMERICA,

                                             Plaintiff-Appellee,

versus

TYRONE HILL,
a.k.a. Raphael Amaya,
a.k.a. Joseph Smith, Jr.,
a.k.a. William A. Bentley,

                                             Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(May 31, 2007)**

Before BIRCH, FAY and CUDAHY,[*] Circuit Judges.

_____

[*]Honorable Richard D. Cudahy, United States Circuit Judge for the Seventh Circuit,
sitting by designation.

PER CURIAM:

Having carefully reviewed the record and the briefs of the parties and having entertained oral argument, we find no reversible error with respect to Hill's convictions and sentence in the instant case. Accordingly, we **AFFIRM**.